Lawrence W. Miles, Jr. (#95522)
Brady D. McLeod (#205273)
**THE MILES LAW FIRM**
3838 Watt Ave., Suite 301
Sacramento, CA  95821
916-973-9674

Attorneys for Defendant
Robert John Lessman

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT JOHN LESSMAN,<br><br>    Defendant. | Case No. :2:05-cr-279<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE DATE; ORDER** |

COMES NOW THE UNITED STATES OF AMERICA, ("USA") Plaintiff and ROBERT JOHN LESSMAN, ("LESSMAN") Defendant, by and through their respective counsel of record. Who hereby represent and stipulate as follows:

1. On or about July 14, 2005, a Summons was issued as to ROBERT JOHN LESSMAN, pursuant to an Indictment for violations of Title 18, Section 1001 regarding False Statements.

2. An Initial Appearance is presently scheduled for July 29, 2005, at 2:00 p.m. in Courtroom 26 (KJM) before Magistrate Judge Kimberly J. Mueller.

3. After being informed of the Summons and the impending July 29, 2005, hearing, counsel for LESSMAN made several attempts to contact LESSMAN to inform him of the Indictment and scheduled Initial Hearing.  However, due to being out of the country and out of cellular phone contact, LESSMAN did not receive any of the messages until July 21,

2005.  Upon receiving the messages, LESSMAN informed his counsel that he would not be returning to California until mid to late August, 2005.

4. On or about July 21, 2005, counsel for LESSMAN contacted counsel for the USA and requested that the hearing be continued.  Counsel have agreed to continue the July 29, 2005, initial appearance hearing until September 6, 2005 at 2:00 p.m. before Magistrate Judge Gregory G. Hollows.

NOW, THEREFORE, ITS IS HEREBY STIPULATED AS FOLLOWS:

1.  The scheduled Initial Appearance for Defendant LESSMAN in this matter shall be continued until September 6, 2005.

Dated: July  25, 2005                    **THE MILES LAW FIRM**

/s / Brady D. McLeod
Brady D. McLeod
Attorneys for ROBERT JOHN LESSMAN

Dated:  July 27, 2005                    **UNITED STATES ATTORNEYS OFFICE**

/s / Carolyn K. Delaney
Carolyn K. Delaney
Assistant U.S. Attorney

///

///

///

///

///

///

**ORDER**

Based upon the foregoing Stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The scheduled Initial Appearance hearing for ROBERT JOHN LESSMAN is continued to September 6, 2005, at 2:00 p.m. before Magistrate Judge Gregory G. Hollows, or whoever is serving as the duty judge on that date.

Dated:  July 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE