```
McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
Suite 10-100
501 I Street
Sacramento, California  95814
Telephone:  (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>            Plaintiff,  )<br>   )<br>    v.  )<br>   )<br>   )<br>   )<br>ROBERT LESSMAN,  )<br>   )<br>            Defendant.  )<br>_____) | CR. S. NO. 05-279 FCD<br><br><br><br><br>GOVERNMENT'S MOTION TO DISMISS<br>INDICTMENT PURSUANT TO RULE 48<br>OF THE FEDERAL RULES OF<br>CRIMINAL PROCEDURE AND ORDER |

The United States, by and through its attorneys, United States Attorney McGregor W. Scott and Assistant U.S. Attorney Carolyn K. Delaney, hereby moves to dismiss the Indictment currently pending against defendant Robert Lessman based on his guilty plea to a superseding information and pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Dated: December 7, 2005              Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney

                                      /s/ Carolyn K. Delaney

                                     CAROLYN K. DELANEY
                                     Assistant U.S. Attorney

1

IT IS SO ORDERED

Dated: December 7, 2005

                                  /s/ Frank C. Damrell Jr.
                                  Honorable Frank C. Damrell, Jr.